## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEISHA WHITLOCK<br>906 Emerson Street, N.W.<br>Washington, D.C. 20011<br><br>    Plaintiff,<br><br>  v.<br><br>CHUCK CONNER<br>Secretary of Agriculture<br>U.S. Department of Agriculture<br>1400 Independnce Avenue, S.W.<br>Washington, D.C. 20250<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Civil Action No. 07-2168 (PLF) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

            ____/s/_____
            JOHN G. INTERRANTE
            PA Bar # 61373
            Assistant United States Attorney
            Civil Division
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 514-7220
            (202) 514-8780 (fax)
            John.Interrante@usdoj.gov