UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEISHA WHITLOCK, )<br>)<br>Plaintiff, )<br>)<br>v.  )<br>)<br>CHUCK CONNER, SECRETARY )<br>OF AGRICULTURE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2168 (PLF) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendant respectfully moves the Court for an enlargement of time of 45 days to, and including, April 14, 2008, in which to file an answer or otherwise respond to the amended complaint, which was filed on February 8, 2008. Defendant's response is due on February 28, 2008. This is defendant's first request for an enlargement of time to respond to the amended complaint. Undersigned counsel has discussed this request with plaintiff's counsel, who stated that plaintiff does not oppose the request.

Defendant requests this extension because additional time is required to review the amended complaint, determine whether it raises new claims, and for undersigned counsel to confer and consult with agency counsel in preparing an appropriate response.

WHEREFORE, the defendant respectfully requests an enlargement of time of 45 days to file an answer or otherwise respond to the complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E-4806
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on plaintiff, through counsel, at the ECF address of record, on this <u>28th</u> day of February, 2008.

                                        ____/s/_____
                                          JOHN G. INTERRANTE
                                          Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KEISHA WHITLOCK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2168 (PLF) |
| | ) | |
| **CHUCK CONNER, SECRETARY OF AGRICULTURE,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Consideration of the Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Amended Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the amended complaint by April 14, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

Paul L. Friedman
United States District Judge