UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEISHA WHITLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2168 (PLF) |
| ) | |
| CHUCK CONNER, SECRETARY ) | |
| OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendant respectfully moves the Court for an enlargement of time of 45 days to, and including, May 29, 2008, in which to file an answer or otherwise respond to the amended complaint, which was filed on February 8, 2008. Defendant's response is due on April 14, 2008, by prior order of this Court. This is defendant's second request for an enlargement of time to respond to the amended complaint. Undersigned counsel contacted plaintiff's counsel by electronic mail and telephonically to advise of this request, but was unable to obtain counsel's position prior to filing this motion. Undersigned counsel left a message advising plaintiff's counsel of this request and further advising that defendant has reviewed the proposed second amended complaint previously lodged with the Clerk, and will not oppose a re-filed motion for leave to file the second amended complaint pursuant to the Court's Order filed on April 10, 2008.

Defendant requests this extension because additional time is required to review the amended complaint (or second amended complaint, if one should be filed), and for undersigned counsel to confer and consult with agency counsel in preparing an appropriate response. Additional time is also required because undersigned counsel is recovering from complications arising from a recent

illness.

    WHEREFORE, the defendant respectfully requests an enlargement of time of 45 days to file an answer or otherwise respond to the amended complaint (or second amended complaint, if one should be filed).

                              Respectfully submitted,

                              /s/
                            JEFFREY A. TAYLOR, D.C. Bar # 498610
                            United States Attorney

                              /s/
                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                            Assistant United States Attorney

                              /s/
                            JOHN G. INTERRANTE
                            PA Bar # 61373
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, N.W., Room E-4806
                            Washington, D.C. 20530
                            (202) 514-7220
                            (202) 514-8780 (fax)
                            John.Interrante@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KEISHA WHITLOCK,** | ) | |
|  | ) | |
| **Plaintiff,** | ) | |
|  | ) | |
| v. | ) | Civil Action No. 07-2168 (PLF) |
|  | ) | |
| **CHUCK CONNER, SECRETARY** | ) | |
| **OF AGRICULTURE,** | ) | |
|  | ) | |
| **Defendant.** | ) | |
|  | ) | |

**ORDER**

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Amended Complaint (or Second Amended Complaint, if one should be filed), and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the Amended Complaint (or Second Amended Complaint, if one should be filed) by May 29, 2008.

It is **SO ORDERED** this ____ day of _____, 2008.

 

                                                                                  Paul L. Friedman
                                                                                   United States District Judge