UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEISHA WHITLOCK<br>906 Emerson Street, N.W.<br>Washington, D.C. 20011<br><br>   Plaintiff,<br><br>   v.<br><br>CHUCK CONNER<br>Secretary of Agriculture<br>U.S. Department of Agriculture<br>1400 Independnce Avenue, S.W.<br>Washington, D.C. 20250<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2168 (PLF)<br>)  ECF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

       ___/s/_____
       MEGAN M. WEIS
       Special Assistant United States Attorney
       Civil Division
       555 4th St., NW
       Washington, D.C. 20530
       (202) 514-5134
       (202) 514-8780 (fax)
       Megan.weis@usdoj.gov