IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEISHA WHITLOCK<br><br>    **Plaintiff,**<br><br>v.<br><br>CHUCK CONNER<br><br>    **Defendant.** | Civil Action 07-2168 (PLF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR
A ONE WEEK ENLARGEMENT OF TIME**

**NOW COMES** Plaintiff, Keisha Whitlock, by and through undersigned counsel, and moves this Court for a one week enlargement of time to oppose Defendant's partial motion for dismissal. In support of this motion, and for good cause, Plaintiff states the following reason why the requested relief is warranted:

Undersign mistakenly believed the deadline for opposing Defendant's partial motion for dismissal was next Tuesday. However, due to undersign's current schedule having to file three other oppositions this week, Plaintiff is seeking a one week enlargement of time to file her opposition to Defendant's motion for partial dismissal.

This motion is not intended for any dilatory purpose or to cause delay. Defendant does not oppose this motion.

                                    Respectfully Submitted,

                                        /s/
                                  Nathaniel D. Johnson, Esq.
                                  Richard Lloyd Thompson, II, Esq.
                                  *Of Counsel*
                                  201 Centennial Street, Suite A-2

                                                  P. O. Box 1857  
                                                  LaPlata, MD 20646  
                                                  301-645 – 9103/301-861-0411 (fax)

June 12, 2008

Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, June 12, 2008, the Unopposed Motion for Enlargement and Order were sent, via ECF, to the following addressee:

Megan Weiss, Esq.  
Attorney for Defendant

                                                                                                /s/: Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEISHA WHITLOCK<br><br>    **Plaintiff,**<br><br>v.<br><br>CHUCK CONNER<br><br>   **Defendant.** | Civil Action 07-2168 (PLF) |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an unopposed one week enlargement of time to oppose Defendant's partial motion for dismissal, it is hereby ORDERED as follows:

Plaintiff's unopposed motion is GRANTED, this ____day of June 2008;

Plaintiff's unopposed motion is DENIED, this _____day of June 2008.

**SO SHALL IT BE ORDERED.**

_____
Hon. Paul F. Friedman, U.S. District Judge