**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEISHA WHITLOCK,

     PLAINTIFFS,

     v.                           Civil Action No.:  07-02168 (PLF)

CHUCK CONNER, SECRETARY

     DEFENDANT.

## PLAINTIFF'S MOTION TO FILE ONE DAY OUT OF TIME

**NOW COMES** Plaintiff, Keisha Whitlock, by undersigned counsel and moves to file his opposition one day out of time. In support of this motion, and for good cause, Plaintiff states herein as follows:

1. Plaintiff's opposition was due yesterday, June 19th;

2. However, undersign was unable to file late evening due to the failure of his network server;

3. Plaintiff now files this motion one day late;

4. Plaintiff does not anticipate the parties will be prejudiced by this one day late filing;

5. This motion is not meant to cause delay or for a dilatory purpose.

Respectfully submitted on behalf of Plaintiff,


_____/s/_____

June 20, 2008                     Nathaniel D. Johnson, Esq. (MD# 14729)
                                 LAW FIRM OF NATHANIEL D. JOHNSON, LLC
                                 201 Centennial Street, Suite A-2
                                 P.O. Box 1857
                                 LaPlata, Maryland  20646
                                 (301) 645-9103

### **Certificate of Service**


I, Nathaniel D. Johnson, certify that on this date, June 20, 2008, Plaintiff's Motion to File One Day Late and Order were forwarded, ECF, to all parties.


Megan Weiss                                              /s/
                                                        Nathaniel D. Johnson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEISHA WHITLOCK,

      PLAINTIFFS,

      v.                                                      Civil Action No.:  07-02168 (PLF)

CHUCK CONNER, SECRETARY

      DEFENDANT.

**ORDER**

**WHEREFORE,** Plaintiff has moved this Court, and for good cause, to file her Notice one day

late, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED this _____day of June, 2008;

Plaintiff's motion is hereby DENIED this____day of June, 2008.

**SO SHALL IT BE ORDERED.**

_____
Honorable, Paul L. Friedman,

U.S. District Court Judge

1