UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEISHA WHITLOCK<br>906 Emerson Street, N.W<br>Washington, D.C. 20011<br><br>    Plaintiff<br><br>v.<br><br>CHUCK CONNER<br>Secretary of Agriculture<br>US DEPARTMENT OF AGRICULTURE<br>1400 Independence Avenue, S.W.<br>Washington, D.C. 20250<br>    Defendant | Civil No: 07-2168<br><br>JURY TRIAL REQUESTED |

### NOTICE TO THE COURT

**NOW COMES** Plaintiff, Keisha Whitlock, by undersigned counsel and responds to Defendant's motion for partial dismissal filed on May 29, 2008. Plaintiff states herein as follows:

1.   Undersign counsel recently learned Plaintiff is currently out of town due to a family emergency.

2.   Based upon a review of documented information, and the unavailability of Plaintiff at this time, undersign cannot in good faith oppose Defendant's motion for partial dismissal of Plaintiff's promotion claims for failure to exhaust administrative procedures. (See Defendant's Motion at 9:¶3).

3.   However, Plaintiff reserves the right to amend her Amended Complaint if after her return she can in good faith provide information in support that her promotional claims were administratively exhausted.

1

4.	Plaintiff concedes to Defendant's argument regarding the claim for Retaliatory Termination. Id. at 11:¶1

                                        Respectfully submitted on behalf of Plaintiff;

                                        /s/
                                  _____
                                  Nathaniel D. Johnson, Esq. (Federal Bar #14729)
                                  Richard Lloyd Thompson, II, Esq. (D.C. # 448816)
                                  *Of Counsel*
                                  The Law Firm of Nathaniel D. Johnson, L.L.C.
                                  3475 Leonardtown Road, Suite 200
                                  Waldorf, MD 20602
                                  301-645 - 9103
                                  301-861-0411 (fax)

June 20, 2008, 2008

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, June 20, 2008, the foregoing Notice to the Court was forwarded to Defendant, via, as follows:

Megan M. Weis, Special Assistant AUSA

                                                                              Nathaniel D. Johnson:  /s/